# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Hildy Bowbeer |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  20-mj-365 HB |
| | ) | Date:  June 10, 2020 |
| McKenzy Ann DeGidio Dunn (1), | ) | Video Conference |
| | ) | Time Commenced:  1:41 p.m. |
| Defendant. | ) | Time Concluded:  1:50 p.m. |
| | ) | Time in Court:  9 minutes |
| | ) | |
| | ) | |

APPEARANCES:

Plaintiff: Joseph Teirab, Assistant U.S. Attorney
Defendant: Shannon Elkins, Assistant Federal Public Defender
        X FPD      X To be appointed

Date Charges Filed:   6/8/2020      Offense: Conspiracy to commit arson

X Advised of Rights

on    X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Friday, June 12, 2020, at 3:30 p.m. via video conference before U.S. Magistrate Judge Hildy Bowbeer for:
  X Detention hrg      X Preliminary Examination

X Government moves to unseal the case.      X Granted

Additional Information:

X Defendant consents to this hearing being held via video conference.

                                                                       s/Janet Midtbo
                                                                 Signature of Courtroom Deputy