# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>           Plaintiff, )<br>  )<br>v. )<br>  )<br>McKenzy Ann DeGidio Dunn, )<br>  )<br>           Defendant. ) | **COURT MINUTES - CRIMINAL**<br>BEFORE:  Hildy Bowbeer<br>U.S. Magistrate Judge<br><br>Case No:           20-mj-365 HB<br>Date:                June 12, 2020<br>Video Conference<br>Court Reporter:   Renee Rogge<br>Time Commenced:  3:30 p.m.<br>Time Concluded:   5:30 p.m.<br>Time in Court:     2 hours |

x **PRELIMINARY/DETENTION HRG**
   Time in Court Prelim/Det: 1 hour/1 hour

APPEARANCES:

  Plaintiff: Matthew Ebert, Assistant U.S. Attorney
  Defendant: Shannon Elkins
           X FPD

On   X Complaint

X Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.

X Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:

  X Defendant consents to this hearing via video conference

  Government's exhibits 1 – 3 admitted.

  Defendant's exhibits 1 and 2 admitted.

_____ s/Janet Midtbo<br>
Signature of Courtroom Deputy