| | **OFFICE OF THE**<br>**FEDERAL DEFENDER**<br>**District of Minnesota**<br>107 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Phone: 612-664-5858<br>Fax: 612-664-5850 | |
|---|---|---|
| *KATHERIAN D. ROE<br>  Federal Defender<br><br>*MANNY ATWAL<br>  First Assistant Defender<br><br>*DOUGLAS OLSON<br>  Senior Litigator<br><br>CHAD M. SPAHN<br>  Senior Investigator | | JAMES BECKER<br>*SHANNON ELKINS<br>LISA LOPEZ<br>KEALA EDE<br>DOUGLAS MICKO<br>ROB MEYERS<br>ERIC RIENSCHE<br>*ANDREW MOHRING<br>SARAH WEINMAN<br>Assistant Defenders |

*MSBA Certified Criminal Law Specialist

August 18, 2020

Honorable Hildy Bowbeer
United States Magistrate Judge
632 Federal Building & U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

      Re:    *United States v. McKenzy Degidio Dunn*
              Criminal No. 20-129(2) (NEB/HB)

Dear Magistrate Judge Bowbeer:

Pretrial motions will not be filed on behalf of Ms. Degidio Dunn. The parties are working towards a resolution and Ms. Degidio Dunn hereby requests that she be excused from the motion hearing currently scheduled for September 14, 2020 at 10:00 a.m. The parties will contact the Honorable Nancy E. Brasel's chambers to schedule a change of plea hearing once an agreeable resolution is reached.

Thank you for your time.

Sincerely,

*s/ Shannon Elkins*

SHANNON ELKINS
Assistant Federal Defender


cc:    AUSA Joseph Teirab, AUSA Matthew Ebert