# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>McKenzy Ann Degidio Dunn (2),<br><br>    Defendant. | Criminal No. 20-cr-129-2 (NEB/HB)<br><br>**ORDER STRIKING CRIMINAL MOTION HEARING AS TO McKENZY ANN DEGIDIO DUNN** |

Pursuant to the letter dated August 18, 2020 from Shannon Elkins, defense counsel (ECF No. 44), informing the Court that defendant will not being filing pretrial motions, and requesting that she be excused from attending the criminal motion hearing,

**IT IS HEREBY ORDERED** that the request (ECF No. 44) is **GRANTED** and defendant McKenzy Ann Degidio Dunn is **EXCUSED** from appearing at the motion hearing scheduled for **September 14, 2020, at 10:00 a.m.**  The hearing will go forward as to defendant Samuel Elliott Frey.


Dated:  August 24, 2020              s/ *Hildy Bowbeer*
                                     HILDY BOWBEER
                                     United States Magistrate Judge