IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT AND PLEA MINUTES

| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| --- | --- | --- |
| | ) | BEFORE: Nancy E. Brasel |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No: 20-cr-129 (2) (NEB/HB) |
| | ) | Date: October 26, 2020 |
| McKenzy Ann DeGidio Dunn, | ) | Court Reporter: Erin Drost |
| | ) | Courthouse: St. Paul |
| | ) | Courtroom: Courtroom 3A |
| Defendant. | ) | Time Commenced: 1:00 p.m. |
| | ) | Time Concluded: 1:30 p.m. |
| | ) | Time in Court: 30 minutes |

APPEARANCES:
  Plaintiff:    Joseph Teirab, Assistant US Attorney
  Defendant:   Shannon Elkins, Assistant Federal Defender

PROCEEDINGS:
  ARRAIGNMENT:
    Waived Reading of Charges ☒    Advised of Rights ☐    Waiver of Indictment ☐
 on    Superseding Indictment ☒ Information ☐ Complaint ☐

CHANGE OF PLEA HEARING:.
    PLEA:
        Guilty as to Count 2s of the Superseding Indictment. (Straight Plea, no plea agreement)
        Presentence Investigation and Report requested.
        Defendant is released on bond conditions.

Date: October 26, 2020                                                                                      s/KW
                                                    Signature of Courtroom Deputy to Judge Nancy E. Brasel