# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No: 20-cr-129 (2) (NEB/HB) |
| | ) | Date: May 10, 2021 |
| v. | ) | Courthouse: St. Paul |
| | ) | Courtroom: 3A |
| MCKENZY ANN DEGIDIO DUNN, | ) | Court Reporter: Tim Willette |
| | ) | Time Commenced: 2:00 p.m. |
| | ) | Time Concluded: 2:50 p.m. |
| | ) | Time in Court: 50 minutes |
| Defendant. | ) | |
| | ) | |

Before Nancy E. Brasel, United States District Judge.

APPEARANCES:

    For Plaintiff:    Joseph Teirab and Matthew Ebert, Assistant U.S. Attorneys
    For Defendant:    Shannon Elkins, Assistant Federal Defender

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Plea | PROBATION |
|---|---|---|
| 2 | X | 3 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 to be paid.
☒ Restitution in the amount of $31,579.00 is due immediately.
☒ ECF 85 may be made public after sentencing.
☒ Defendant is released on probation conditions.

Date: May 10, 2021

                                                  s/KW
                                Courtroom Deputy to Judge Nancy E. Brasel