Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. McKenzy Ann Degidio Dunn

Docket No. 0864 0:20CR00129-002(NEB)

**Petition on Probation**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **McKenzy Ann Degidio Dunn** who was sentenced for Conspiracy to Commit Arson on May 10, 2021, by the Honorable Nancy E. Brasel, who fixed the period of supervision at 3 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Substance abuse testing
- Mental Health Counseling/Treatment/Medication
- Take prescribed medication
- 180 Days Location Monitoring with Home Detention
- 100 Hours Community Service
- Financial disclosure
- Restitution in the amount of $31,579

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION:  You must refrain from any unlawful use of a controlled substance.

On July 21, 2023, the defendant submitted a urine sample that tested positive for cocaine and marijuana.  The defendant admitted to recent use of both cocaine and marijuana.  Depending on the level of use, marijuana may take up to 30 days to be completely eliminated from the body.  As such, subsequent drug tests could be positive for marijuana.  This officer will continue to monitor the drug levels and any new use will be promptly reported to the Court.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

> The defendant shall complete an assessment and/or participate in a program for substance abuse as directed by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.  The defendant shall execute the requisite release of information forms necessary to facilitate treatment programming, and the defendant shall abide by all supplemental conditions of programming.

Petition on Probation  
Page 2

RE: **McKenzy Ann Degidio Dunn**  
Docket No. 0864 0:20CR00129-002(NEB)

---

ORDER OF THE COURT

Considered and ordered this ___31st___ day of _____July_____, 2023, and ordered filed and made a part of the records in the above case.

_____s/Nancy E. Brasel_____  
Honorable Nancy E. Brasel  
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Darren F. Kerns  
Darren F. Kerns  
Deputy Chief U.S. Probation Officer  
Telephone: 612-664-5373

Executed on   July 24, 2023  
Place        Minneapolis