Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. McKenzy Ann Degidio Dunn

Docket No. 0864 0:20CR00129-002(NEB)

**Petition on Probation**

COMES NOW **Trista R. Buttera**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **McKenzy Ann Degidio Dunn** who was sentenced for Conspiracy to Commit Arson on May 10, 2021, by the Honorable Nancy E. Brasel, who fixed the period of supervision at 3 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Substance abuse testing
- Mental Health Counseling/Treatment/Medication
- Take prescribed medication
- 180 Days Location Monitoring with Home Detention
- 100 Hours Community Service
- Financial disclosure
- Restitution in the amount of $31,579
- Participate in drug/alcohol treatment program (Modification July 31, 2023)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITIONS: The defendant shall perform 100 hours of community service.

Ms. Degidio Dunn has failed to complete 100 hours of community service. At the time of this writing, Ms. Degidio Dunn has 70 hours and 15 minutes of community service work remaining.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release be extended 12 months.

ORDER OF THE COURT

Considered and ordered this <u>27th</u> day of <u>February 2024</u>, and ordered filed and made a part of the records in the above case.

<u>s/Nancy E. Brasel</u>
Honorable Nancy E. Brasel
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Trista Buttera*
Trista Buttera
U.S. Probation Officer
Telephone: 612-664-5445

Executed on      February 26, 2024
Place            Minneapolis

Approved:

s/ Odell Wilson III                    for
Dawn Arenz
Supervising U.S. Probation Officer