Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

McKenzy Ann Degidio Dunn

        Defendant.

Docket No. 0864 0:20CR00129-002(NEB)

On May 10, 2021 the above defendant was placed on supervision for a period of 36 months. On February 27, 2024, the Court extended the defendant's supervision for an additional 12 months. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this  15th  Day of  January , 2025    s/Nancy E. Brasel
                                                                       Honorable Nancy E. Brasel
                                                                       U.S. District Judge